No. 296. ANSELMO v. CONNECTICUT (REPRESENTED BY COX, HIGHWAY COMMISSIONER). Supreme Court of Errors of Connecticut. Certiorari denied. *William J. Galvin, Jr.* for petitioner.

No. 305. GALION METALLIC VAULT CO. v. EDWARD G. BUDD MANUFACTURING CO. C. A. 3d Cir. Certiorari denied. *H. A. Toulmin, Jr., Clayton E. Crafts* and *H. H. Brown* for petitioner. *Charles H. Howson* and *Dexter N. Shaw* for respondent.

No. 306. BARNES-MANLEY WET WASH LAUNDRY CO. ET AL. v. AUTOMOBILE INSURANCE CO. C. A. 10th Cir. Certiorari denied. *William E. Leahy* and *William J. Hughes, Jr.* for petitioners.

No. 308. ASSOCIATED TELEPHONE & TELEGRAPH CO. ET AL. v. FEDERAL TELEPHONE & RADIO CORP. C. A. 3d Cir. Certiorari denied. *Casper W. Ooms, Harry B. Sutter* and *Charles M. Candy* for petitioners. *Paul Kolisch, Walter A. Darby* and *Edward D. Phinney* for respondent.

No. 309. YORK CORPORATION v. REFRIGERATION ENGINEERING, INC. C. A. 9th Cir. Certiorari denied. *Alexander C. Neave* and *Clarence D. Kerr* for petitioner. *Leonard S. Lyon* for respondent.

No. 310. AMERICAN BARGE LINE CO. v. MURPHY. C. A. 3d Cir. Certiorari denied. *Frederick L. Leckie* for petitioner.

No. 314. UNITED STATES v. CAL-BAY CORPORATION ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General*